```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MILAS RINGER,                               :      09 Civ. 8645 (SHS)

                    Plaintiff,              :

         -against-                           :      ORDER

THE PEOPLE OF THE STATE OF NEW YORK,         :
ET AL.,
                                             :
                    Defendants.
------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S. District Judge.

      On February 25, 2010, Magistrate Judge Theodore H. Katz issued a Report and Recommendation recommending that the complaint be dismissed without prejudice for failure to timely effect service of process. Any objections to the Report and Recommendation were due on March 15, 2010. As of today, no objections have been received from plaintiff. Accordingly,

      IT IS HEREBY ORDERED that Magistrate Judge Katz' Report and Recommendation is adopted and the complaint in this action is dismissed without prejudice.

Dated: New York, New York
       March 24, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.